UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60334-CIV-HUCK/O'SULLIVAN

RANDI WATON, individually,

    Plaintiff,

v.

CLIENT SERVICES, INC., a foreign corporation,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER

THIS MATTER is before the Court upon the filing of a Mediation Report [D.E. No. 17], filed July 24, 2014. The Mediation Report indicates that the parties have reached a settlement agreement. Accordingly, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The case is CLOSED and all motions are DENIED AS MOOT. The Court retains jurisdiction for 60 days from this date to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers, Miami, Florida, July 25, 2014.

Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge Alicia M. Otazo-Reyes
All Counsel of Record